**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Huber SABALSA–ZARATE,
Defendant—Appellant.**

**No. 10–30375.**

United States Court of Appeals,
Ninth Circuit.

Submitted Oct. 25, 2011.*

Filed Oct. 27, 2011.

Helen J. Brunner, Esquire, Assistant U.S., Thomas Merton Woods, Esquire, Assistant U.S., Office of the U.S. Attorney, Seattle, WA, for Plaintiff–Appellee.

Lila Silverstein, Washington Appellate Project, Seattle, WA, for Defendant–Appellant.

Before: TROTT, GOULD, and RAWLINSON, Circuit Judges.

MEMORANDUM **

Huber Sabalsa–Zarate appeals from the 47–month sentence imposed following his

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

guilty-plea conviction for illegal reentry after deportation, in violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Sabalsa–Zarate contends that his sentence below the Guidelines range is substantively unreasonable. We are precluded from reaching the merits of this claim by the valid appeal waiver. *See United States v. Bibler*, 495 F.3d 621, 623–24 (9th Cir.2007).

**DISMISSED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.